**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **LESLIE B.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | )     No.   **1:19-cv-00464-GZS** |
| | ) |
| **ANDREW M. SAUL, Commissioner** | ) |
| **Of Social Security,** | |
| | ) |
| **Defendant** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


No objections having been filed to the Magistrate Judge's Recommended Decision

(ECF No. 16) filed July 13, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Administrative Decision is hereby

**AFFIRMED**.

_/s/ George Z. Singal_____
United States District Judge

Dated this 3rd day of August, 2020.